department, entered January 8, 1926, unanimously affirming a judgment in favor of defendants, entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for an alleged breach of a contract of agency. The trial court dismissed the complaint on the ground that the alleged contract was too indefinite, speculative and vague and created no obligation.

*Louis W. Severy* for appellant.

*Henry M. Stevenson* and *Henry B. Culver* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

B. & B. TRUCKING, INC., Respondent, *v.* HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Appellant.

*Insurance — notice — action to recover upon policy of fire insurance — insufficiency of notice of cancellation.*

*B. & B. Trucking, Inc.,* v. *Home F. & M. Ins. Co.,* 216 App. Div. 710, affirmed.

(Argued May 27, 1926; decided July 9, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1926, unanimously affirming a judgment entered upon an order of the court at a Trial Term setting aside a verdict in favor of defendant and directing a verdict in favor of plaintiff in an action to recover upon a policy of fire insurance. The defense was that the policy had been canceled before the loss occurred. The trial court held that the notice of cancellation was insufficient.

*Harold R. Medina* and *Leo Levy* for appellant.
*Chauncey E. Treadwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.